UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-08321-ODW (JPRx) | Date | March 6, 2026 |
|---|---|---|---|
| Title | *Demetrius Jones v. Universal City Studios LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                **In Chambers**

Pursuant to the parties' Joint Stipulation of Dismissal, (Dkt. No. 23), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.     The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2.     All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                            :     00

                                    Initials of Preparer    SE